**TAMPA PACKING COMPANY, INC., et al., v. J. J. CLAMAR**

20 So. (2nd) 396                                    June Term, 1944
January 5, 1945                                     Division B
Rehearing denied January 29, 1945

*John S. Edwards,* for appellants.

*J. C. Rogers,* for appellee.

PER CURIAM:

Affirmed on authority of Jacksonville T. & K. W. Ry. Co. v. Lockwood, 33 Fla. 573, 15 So. 327, and Supreme Lodge K. of P. v. Lipscomb, 50 Fla. 406, 39 So. 637.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

**A. H. HUBBARD v. JOSEPHINE HUBBARD**

19 So. (2nd) 870                                    January Term, 1945
January 9, 1945                                     Division A

*Sumner & Sumner,* for appellant.

*Elmore Cohen,* for appellee.

PER CURIAM:

No reversible error being made to appear, decree is affirmed.

So ordered.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.